# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| CAMILLE CURTIS, individually, and | ) | |
| as surviving mother of deceased | ) | |
| DAVION MIKEAL HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:17-CV-02602-NCC |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, and | ) | |
| MATTHEW SHAW, in his individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants City of St. Louis, Missouri and Matthew

Shaw's (collectively "Defendants") Motion for Judgment on the Pleadings on Counts I and III of

Plaintiff's First Amended Complaint (Doc. 16).  Plaintiff Camille Curtis, individually, and as

surviving mother of deceased Davion Mikeal Henderson, ("Plaintiff") filed a Response and

Cross-Motion for Leave to File Second Amended Complaint[1] (Doc. 18).  Defendants did not file

a reply brief.  Because Plaintiff acknowledges the defects in her First Amended Complaint, the

Court finds that, in the interests of justice, Plaintiff should be allowed to amend her complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Cross-Motion for Leave to File Second

Amended Complaint (Doc. 18) is **GRANTED**.  The Clerk of Court shall detach and docket

Plaintiff's Second Amended Complaint, filed as an attachment to Plaintiff's Response and

Motion (Doc. 18-3).

---

[1] The Court notes that all motions should be filed separately from any substantive response.

**IT IS FURTHER ORDERED** that Defendants' Motion for Judgment on the Pleadings on Counts I and III of Plaintiff's First Amended Complaint (Doc. 16) is **DENIED, without prejudice, as moot**.

Dated this 23rd day of March, 2018.

 /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE